IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-02235-001-TUC-CKJ (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Fernando Valentino Osorio, | |
| Defendant. | |

On May 17, 2022, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R") in which she recommended that Defendant Fernando Valentino Osorio's Motion to Dismiss Indictment Pursuant to U.S. and International Law (Doc. 34) be denied. (Doc. 64) Defendant has failed to file an objection. This Order follows.

The standard of review applied to a Magistrate Judge's R&R is dependent upon whether a party files objections – the Court need not review portions of the R&R to which a party fails to object. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."). "[W]hile the statute does not require the [court] to review an issue *de novo* if no objections are filed, it does not preclude further review by the [court], *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id*. at 154. As such, the Court reviews for clear error portions of the R&R to which there is no objection. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983

addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Campbell v. U.S. Dist. Ct. for N. Dist. of California,* 501 F.2d 196, 206 (9th Cir. 1974) ("If neither party contests the magistrate's proposed findings of fact, the court may assume their correctness and decide the motion on the applicable law."). The Court has reviewed and considered Magistrate Judge Aguilera's well-reasoned R&R and related documents and finds no error.

**IT IS ORDERED:**

1. The Report & Recommendation (Doc. 64) is ADOPTED.

2. Defendant's Motion to Dismiss Indictment Pursuant to U.S. and International Law (Doc. 34) is DENIED.

3. This case remains set for jury trial on July 12, 2022 at 9:30 A.M.

Dated this 16th day of June, 2022.

Honorable Cindy K. Jorgenson
United States District Judge